JOHN J. GUTHY, JR., as Administrator, etc., of JOHN J. GUTHY, Deceased, Respondent, v. ARTHUR SPENGLER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of MAX H. BECKER, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the Court of General Sessions of the County of New York of the crime of grand larceny in the second degree. The crime being a felony, his disbarment necessarily follows, pursuant to statute in such case made and provided. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of RAYMOND APOLLONIO, Judgment Creditor and Equitable Lienor, for the Removal of CHARLES CHAMBERS, as Successor Trustee under the will of JAMES CHAMBERS, Deceased, Respondent; CHARLES CHAMBERS, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Acting for, by and through the Commissioner of Public Markets, for the Appointment of Commissioners to Ascertain and Determine the Value of Certain Buildings Located in Wallabout Market, in the Borough of Brooklyn, City of New York. JACOB LEWIS and Others, as Executors of the Estate of ABRAHAM KORNBLUM, Deceased, and Another, Appellants; THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ELIZABETH D. JONES, Administratrix, etc., of GEORGE A. JONES, Deceased, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

HELEN KLEMM, Respondent, v. PAULINE ZIRINSKY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

GERALD LEDERMAN, an Infant, by IRVING I. LEDERMAN, His Guardian ad Litem, and IRVING I. LEDERMAN, Respondents, v. BOULEVARD SANITARIUM, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

CHARLES T. MORGAN, as Assignee of Rochester School of Optometry of the University of Rochester, Respondent, v. MARTIN KOWALSKY, Also Known as MARTIN KOLE, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.